**Knowles D. WHITE, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 8225.

Circuit Court of Appeals, Fifth Circuit.

Jan. 6, 1938.

A. W. Clapp, of Atlanta, Ga., for petitioner.

Robert H. Jackson, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., Herman Oliphant, Gen. Counsel, Department of Treasury, and Owen W. Swecker, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before FOSTER, SIBLEY, and HUTCHESON, Circuit Judges.

PER CURIAM.

Pursuant to the joint stipulation of counsel filed herein on September 28, 1936, to enter the same judgment in the above numbered and entitled case as was entered by this court on February 19, 1937, in Ralph M. Walker, Petitioner, v. Commissioner of Internal Revenue, Respondent, 5 Cir., 88 F.2d 170, it is now here ordered, adjudged, and decreed by this court that

the decision of the said United States Board of Tax Appeals in this cause be, and the same is hereby, affirmed.